UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GALVESTON BAY BIODIESEL, L.P., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 10-132 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; STARR TECHNICAL RISKS AGENCY OF TEXAS, INC.; AND VINCENT MILLIGAN, | § | JURY DEMANDED |
| | § | |
| *Defendants*. | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants, ACE American Insurance Company, Liberty Mutual Insurance Company and Starr Technical Risks Agency of Texas, Inc., file this disclosure statement with the clerk of the court as required by Federal Rule of Civil Procedure 7.1, and certify the following:

1. ACE American Insurance Company is a Pennsylvania corporation and a wholly owned subsidiary of ACE Limited, the ultimate parent and a publicly traded company (NYSE: ACE).

2. Liberty Mutual Insurance Company is a wholly-owned subsidiary of Liberty Mutual Group Inc., which is a wholly-owned subsidiary of LMHC Massachusetts Holdings, Inc., whose parent company is Liberty Mutual Holding Company, Inc., a publicly held corporation.

3. Starr Technical Risks Agency of Texas, Inc. is a wholly owned subsidiary of Starr Underwriting Agencies, LLC, which is a wholly owned subsidiary of C. V. Starr & Co., Inc., a privately-held company.

Respectfully submitted,

*/s/ Joseph A. Ziemianski*

_____

Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915
jziemianski@cozen.com

OF COUNSEL:

Bryan Vezey
Texas State Bar No. 00788583
Southern District of Texas Bar No. 19217
bvezey@cozen.com

COZEN O'CONNOR
One Houston Center
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ALSO OF COUNSEL:

Wade Williams
Texas State Bar No. 21582900
Southern District of Texas Bar No. 7121
wwilliams@lewisandwilliams.com
LEWIS AND WILLIAMS
2200 Market, Suite 750
Galveston, Texas  77550
Telephone: (409) 762-1900
Facsimile: (409) 762-4606

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document was served on all counsel of record, listed below, via certified mail, return receipt requested, and facsimile on April 12, 2010.

Mr. Russell S. Post
BECK, REDDEN & SECREST, LLP
One Houston Center
1221 McKinney, Suite 4500
Houston, Texas  77010

Mr. Richard W. Mithoff
Mr. Joseph R. Alexander, Jr.
MITHOFF LAW FIRM
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas  77002

Mr. A. Craig Eiland
LAW OFFICE OF A. CRAIG EILAND, PC
2211 The Strand, Suite 201
Galveston, Texas  77550

                        */s/ Joseph A. Ziemianski*
                        _____
                        Joseph A. Ziemianski